UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
and JOHN J. SCHMITT (in his capacity as Trustee),

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS APPRENTICESHIP
AND TRAINING FUND, BRICKLAYERS AND
TROWEL TRADES INTERNATIONAL PENSION
FUND, INTERNATIONAL MASONS INSTITUTE FUND,
and JEFFREY LECKWEE (in his capacity as Trustee),

BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS,

      Plaintiffs,

v.           Case No. 11-cv-613

LAKE COUNTRY MASONRY, INC. and PAUL WELLS,

      Defendants.

---

ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT LAKE COUNTRY MASONRY, INC.

---

  This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

  **IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Laborers Health

Case: 3:11-cv-00613-wmc   Document #: 24   Filed: 01/06/12   Page 2 of 2

Fund, Wisconsin Laborers Pension Fund, John J. Schmitt, Wisconsin Laborers District Council, Wisconsin Laborers-Employers Cooperation and Education Trust Fund, Wisconsin Masons Health Care Fund, Wisconsin Masons Pension Fund, Wisconsin Masons Apprenticeship and Training Fund, Bricklayers and Trowel Trades International Pension Fund, International Masons Institute Fund, Jeffrey Leckwee, Bricklayers and Allied Craftworkers District Council of Wisconsin, and International Union of Bricklayers and Allied Craftworkers, recover from the Defendant Lake Country Masonry, Inc. the sum of $173,481.77, ~~with interest thereon at the rate that is provided by law~~.

Dated at Madison, Wisconsin, this 6th day of ~~November 2011~~ Jan., 2012.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 4th day of ~~November 2011~~ January, 2012.

_____
U.S. District Court Judge